UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

STEVEN BARTILUCCI,

        Defendant.

- - - - - - - - - - - - - - - - - - - x

INFORMATION

08 Cr. 648

ORIGINAL

## COUNT ONE

The United States Attorney charges:

1. In or about December 2007, in the Southern District of New York and elsewhere, STEVEN BARTILUCCI, the defendant, together with others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of the conspiracy that STEVEN BARTILUCCI, the defendant, and others known and unknown, would distribute and possess with intent to distribute a controlled substance, to wit, 100 kilograms and more of marijuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

## OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal object thereof, STEVEN BARTILUCCI, the defendant, committed the following overt act, among others, in the Southern

District of New York:

        a. In or about December 2007, BARTILUCCI drove a recreational vehicle from Dutchess County, New York to California.

        (Title 21, United States Code, Section 846.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney