# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA,** :

      v. :

    08 Cr. 648

**STEVEN BARTILUCCI,** :

          Defendant.

J. Robinson

-------------------------------- x

    **STEVEN BARTILUCCI,** the above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(B), and 846 and having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                       _____
                                            Defendant.

                                       _____
                                          Counsel for Defendant.

Date:   White Plains, New York
           July 16, 2008